1  MELINDA L. HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOSEPH FAZIOLI (ILBN 6273413)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5595
7     Facsimile: (408) 535-5066
      joseph.fazioli@usdoj.gov
8
   Attorneys for the United States
9

**FILED**

MAY – 8 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10            UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,          )   No. CR 5:13-MJ-70368 HRL
                                        )
15        Plaintiff,                    )   STIPULATION AND [PROPOSED]
                                        )   ORDER CONTINUING APPEARANCE
16   v.                                 )   DATE AND EXCLUDING TIME FROM
                                        )   THE SPEEDY TRIAL ACT
17                                      )   CALCULATION (18 U.S.C.
    STEVEN HIBBETT,                     )   § 3161(h)(8)(A))
18                                      )
         Defendant.                     )
19  _____)

20        This matter is scheduled before the Court for an preliminary hearing or arraignment on

21  May 9, 2013.  On April 5, 2013, this Court issued a criminal complaint against the defendant

22  related to two child pornography offenses under 18 U.S.C. § 2252(a).  The United States and the

23  defendant now request a continuance until June 6, 2013 in order to afford defense counsel

24  additional time to effectively prepare and also to allow the parties an opportunity to discuss a

25  potential pre-indictment resolution of the mattter.  The parties agree, and the Court finds and

26  holds, as follows:

27        1.    The preliminary hearing or arraignment is continued to June 6, 2013.

28

STIPULATION AND [PROPOSED] ORDER
CR 5:13-MJ-70368 HRL

1    2.    Time should be excluded under Rule 5.1 from May 9, 2013 to June 6, 2013 in

2  order to allow defense counsel additional time to effectively prepare and also to allow the parties

3  an opportunity to discuss a potential pre-indictment resolution of the mattter.  The parties agree

4  that the continuance is proper under Rule 5.1 of the Federal Rules of Criminal Procedure and 18

5  U.S.C. § 3060.

6    3.    The time between  May 9, 2013 to June 6, 2013 is excluded under the Speedy

7  Trial Act.  The parties agree that the failure to grant the requested continuance would

8  unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

9  into account the exercise of due diligence.  Finally, the parties agree that the ends of justice

10  served by granting the requested continuance outweigh the best interest of the public and the

11  defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §

12  3161(h)(8)(A).

13  STIPULATED:

14  DATED:___5/8/13_____          _____/s/_____
                                    VARELL FULLER
15                                   Assistant Federal Public Defender

16
   DATED:___5/8/13_____          _____/s/_____
17                                   JOSEPH FAZIOLA
                                    Assistant United States Attorney
18
   IT IS SO ORDERED.
19  DATED:___5/8/13_____
20                                   HOWARD R. LLOYD
                                    UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 5:13-MJ-70368 HRL