MELINDA L. HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOSEPH FAZIOLI (ILBN 6273413)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5595
   Facsimile: (408) 535-5066
   joseph.fazioli@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 5:13-MJ-70368 HRL |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING APPEARANCE DATE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. ) | |
| STEVEN HIBBETT, ) | |
| Defendant. ) | |

     This matter is scheduled before the Court for an preliminary hearing or arraignment on June 6, 2013.  On April 5, 2013, this Court issued a criminal complaint against the defendant related to two child pornography offenses under 18 U.S.C. § 2252(a).  The United States and the defendant now request a continuance until June 27, 2013 in order to afford defense counsel additional time to effectively prepare and also to allow the parties an opportunity to discuss a potential pre-indictment resolution of the mattter.  The parties agree, and the Court finds and holds, as follows:

     1.     The preliminary hearing or arraignment is continued to June 27, 2013.

STIPULATION AND [~~PROPOSED~~] ORDER
CR 5:13-MJ-70368 HRL

2.      Time should be excluded under Rule 5.1 from June 6, 2013 to June 27, 2013 in order to allow defense counsel additional time to effectively prepare and also to allow the parties an opportunity to discuss a potential pre-indictment resolution of the mattter.  The parties agree that the continuance is proper under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

3.      The time between June 6, 2013 to June 27, 2013 is excluded under the Speedy Trial Act.  The parties agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. § 3161(h)(8)(A).

STIPULATED:

DATED:    6/5/13              /s/
                              VARELL FULLER
                              Assistant Federal Public Defender

DATED:    6/5/13              /s/
                              JOSEPH FAZIOLI
                              Assistant United States Attorney

IT IS SO ORDERED.

DATED: June 5, 2013

PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
CR 5:13-MJ-70368 HRL